**Jose I. ADAMES, Nilda Luz Rexach, James Canaves, Rosie Rex, Tanary Ponce, Plaintiffs–Appellants,**

v.

**GRENVILLE OWNERS CORP., Edelstein LLC, Defendants– Appellees.**

No. 02–9077.

United States Court of Appeals, Second Circuit.

Oct. 1, 2003.

Jose I. Adames, New York, NY, pro se.

Stephen H. Penn, (Michael F. Schwartz, on the brief) Penn, Proefriedt, Schwarzfeld & Schwartz New York, NY, for Defendants–Appellees.

Present: MESKILL, KATZMANN, and RAGGI, Circuit Judges.

### SUMMARY ORDER

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and it hereby is **AFFIRMED.**

*Pro se* Plaintiffs–Appellants Jose I. Adames, Nilda Luz Rexach, James Canaves, Rosie Rex and Tanary Ponce appeal from a final judgment of the United States District Court for the Southern District of New York (William H. Pauley, III, *Judge*) entered pursuant to a decision and order dated July 24, 2002, denying Plaintiffs–Appellants' motion for a preliminary injunction and dismissing their complaint for lack of subject matter jurisdiction. For the reasons stated in its thorough opinion, we affirm the judgment of the district court.

The judgment of the district court is **AFFIRMED**.